FILED

ANDREW D. SITZER, SBN 239986
LAW OFFICES OF ANDREW D. SITZER
1231 EAST DYER RD #215
SANTA ANA, CA 92705
Tel: (800) 420-8653
Fax: (888) 458-1559
Email: sitzer@gmail.com

2009 FEB 18  AM 10: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:_____

ATTORNEY FOR PLAINTIFF, BRUCE BOTTS

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOTTS,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE KOMPANY.COM dba PROG ROCK RECORDS and dba MINDAWN; TRI POINT MEDIA, INC dba CAM-MARKETING and dba PROG ROCK RECORDS; and DOES 1 TO 20, inclusive,<br>    Defendants. | Case No.: SACV09-195 MLG<br><br>COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT IN VIOLATION OF 17 U.S.C. §101 et seq;<br><br>2. UNFAIR COMPETITION IN VIOLATION OF 15 U.S.C. §1125(a)(1)(A);<br><br>3. UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §17200 et seq;<br><br>4. TORTIOUS INTERFERENCE<br><br>JURY TRIAL DEMANDED |

PLAINTIFF ALLEGES AGAINST DEFENDANTS, AND EACH OF THEM:

## INTRODUCTION

1.  This is an action by Bruce Botts, a professional musician to recover damages arising from copyright infringement and unfair competition by Defendants and to enjoin Defendants from future infringement.

-1-

COMPLAINT

## THE PARTIES

2.  Plaintiff is an individual adult natural person residing in the State of Ohio.

3.  Defendant THE KOMPANY.COM dba PROG ROCK RECORDS and dba MINDAWN is a corporation created under the laws of the State of California that is operating as a record label and internet download site and is carrying out the activities complained of herein in this judicial district and elsewhere.

4.  Defendant TRI POINT MEDIA, INC dba CAM-MARKETING and dba PROG ROCK RECORDS, is a corporation created under the laws of the State of California that is operating as a record label and internet download site and is carrying out the activities complained of herein in this judicial district and elsewhere.

5.  Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1 to 20, inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

## JURISDICTION

6.  This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement and related claims pursuant to 17 U.S.C. §§ 101, et. seq., and 28 U.S.C. §§ 1331 and 1338(a).

7.  The Court has personal jurisdiction over Defendants.  Defendants solicit, transact, and do business within the State of California, have their principal place of business within the State of California, have committed unlawful and tortious acts both within and outside the State of California causing injury in California, and are regularly doing or soliciting business or engaging in a persistent course of conduct in the State.  Plaintiff's claims arise out of the conduct that gives rise to personal jurisdiction over Defendants.

**VENUE**

8.  Venue is conferred by Section 1400(a) of the Judicial Code 28 U.S.C. §1400(a) and 28 U.S.C. §1391(b)(1).

**FIRST CAUSE OF ACTION FOR VIOLATION OF THE**

**FEDERAL COPYRIGHT ACT of 1976 – 17 U.S.C. §101 et seq.**

9.  Plaintiff refers to paragraphs 1 through 8 of this complaint and incorporates them by reference as if same were set forth herein in entirety.

10.  Plaintiff is a professional musician and a member of Starcastle, a well-known musical group that has sold over one million albums worldwide.

11.  Prior to July 1, 2006, Plaintiff, who then was, and ever since, has been a citizen of the United States, created six original works of music, which were individually copyrighted in 1985 and fixed in a tangible medium for purposes of

the Copyright Act of 1976, a copy of which is attached to the complaint as Exhibit

No.1 and incorporated by reference.  These are:

Red Season, Pau-756-139, dated August 22, 1985

Master Machine, Pau-756-140, dated August 22, 1985

Babylon, Pau-756-141, dated August 22, 1985

Islands, Pau-756-142, dated August 22, 1985

Children Believe, Pau-756-143, dated August 22, 1985, and

Faces of Change, Pau-756-144, dated August 22, 1985.


12.  Plaintiff further created a compilation work known as "Song of Times."

Plaintiff complied in all respects with the United States Copyright Act of 1976 by

applying for copyright registration on March 27, 2007 for the compilation work,

making the required deposit, and receiving from the Register of Copyrights a

Certificate of Registration No. SR 406-115 dated March 27, 2007, a copy of which

is attached to the complaint as Exhibit No.2 and incorporated by reference.

Publication was made in strict and full compliance with the Federal Copyright Act

of 1976.


13.  Since the dates of registration as set above, Defendants have infringed on

Plaintiff's copyrighted works of music of paragraph 11 and Defendants have

infringed on Plaintiff's copyrighted compilation work of paragraph 12 (together, the "Copyrighted Works".)

14. Defendants are infringing on Plaintiff's works by manufacturing, reproducing, distributing, publishing, and providing for internet downloads each of the Copyrighted Works.

15. Plaintiff made several good-faith efforts to amicably settle this copyright infringement, but to no avail. On or about July 18, 2008, Plaintiff sent a cease and desist order to Defendants directing them to stop infringing Plaintiff's Copyrighted Works. However, Defendants refused to comply and continued to willfully infringe and profit from Plaintiff's Copyrighted Works.

16. Plaintiff sent an additional notification of the Cease & Desist to Defendants' attorney on November 13, 2008 and a final notification to Defendants on December 4, 2008, expressly stating Plaintiff's unwillingness to release any of his rights in the Copyrighted Works. However, Defendants refused to comply and continue to willfully infringe as of the date of this filing.

17. Defendants knew they did not have permission to exploit Plaintiff's Copyrighted Works and knew or should have known that their acts constituted copyright infringement.

18. Defendants' conduct was willful within the meaning of the Copyright Act.

COMPLAINT

19.  As a result of its wrongful conduct, Defendants are liable to Plaintiff for copyright infringement pursuant to 17 U.S.C. § 501. Plaintiff has suffered, and will continue to suffer, substantial losses, including but not limited to damage to his reputation and goodwill.

20.  Plaintiff is entitled to recover damages, which include his losses and any and all profits Defendants have made as a result of the wrongful conduct. 17 U.S.C. § 504. Alternatively, Plaintiff is entitled to statutory damages under 17 U.S.C. § 504(c).

21.  In addition, because Defendants' infringement has been willful, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

22.  Plaintiff is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Plaintiff has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Plaintiff's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement harms Plaintiff's reputation and goodwill such that Plaintiff could not be made whole by any monetary award, and (c) Defendant's wrongful conduct, and resulting damage to Plaintiff is continuing. Pursuant to 17 U.S.C. § 502,

Plaintiff is entitled to preliminary and permanent injunctive relief prohibiting

further infringement of Plaintiff's copyrights.

23.  In addition, Plaintiff is entitled to recover its attorneys' fees and costs of

suit pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION FOR UNFAIR COMPETITION
## IN VIOLATION OF 15 U.S.C. §1125(a)(1)(A)

24.  Plaintiff refers to paragraphs 1 through 23 of this complaint and

incorporates them by reference as if same were set forth herein in entirety.

25.  Defendants', by their unauthorized appropriation and use of Plaintiff's

Copyrighted Works, have engaged, and are engaging, in acts of wrongful

deception of the purchasing public, wrongful deprivation of Plaintiff's good name

and reputation, and the wrongful deprivation of Plaintiff's right to public

recognition and credit as creator and owner of his Copyrighted Works.

26.  After June 20, 2007, and continuously after that date, Defendants have

published, sold and otherwise marketed Plaintiff's Copyrighted Works as

discussed throughout this complaint, and as a result of that conduct have engaged

in unfair trade practices and unfair competition against Plaintiff to Plaintiff's

irreparable damage.

27.  Defendants falsely and illegally published, marketed, and sold

Plaintiff's Copyrighted Works as if said works were that of the Defendants, using

COMPLAINT

the words "copyright ProgRock Records", and using the copyright mark on the CD artwork without permission and without owning any separate copyright on any part of the CD, its contents or artwork.

28.  Defendants' infringing work is of such substantial similarity to the Copyrighted Works that Defendants' false designation creates consumer confusion as to the source of the goods.

29.  Defendants engaged in further unfair business practices with Plaintiff, whereby Defendants threatened to "blacklist," and took active steps toward "blacklisting" Plaintiff from the music industry if Plaintiff refused to accept an unfavorable settlement agreement in consideration for Defendants' infringement of the Copyrighted Works.

30.  As a consequence of the foregoing unfair business practices, Plaintiff has suffered, and will continue to suffer, substantial injury to his business and to his ownership rights in its Copyrighted Works described herein and to his future business opportunities in the music industry.

## THIRD CAUSE OF ACTION FOR UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §17200 ET SEQ.

31.  Plaintiff refers to paragraphs 1 through 30 of this complaint and incorporates them by reference as if same were set forth herein in entirety.

32.  Defendants' engaged in unfair business practices with Plaintiff as set forth in paragraphs 24 – 30.

33. As a consequence of the foregoing unfair business practices, Plaintiff has suffered, and will continue to suffer, substantial injury to his business and to his ownership rights in the Copyrighted Works  and to his future business opportunities in the music industry.

## FOURTH CAUSE OF ACTION FOR TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

34.  Plaintiff refers to paragraphs 1 through 33 of this complaint and incorporates them by reference as if same were set forth herein in entirety.

35.  As a result of Plaintiff's cease and desist letters as set forth in paragraphs 15 and 16 as well as further email discussions with Plaintiff, Defendants were on notice that Plaintiff was in the market to publish, distribute and otherwise sell for profit the Copyrighted Works.

36.  Defendants, with the intent to harm Plaintiff and with the knowledge that its conduct could likely harm Plaintiff, "blacklisted" Plaintiff from the music industry, thereby, preventing, or substantially impairing Plaintiff's ability to enter into negotiations with third parties to sell the Copyrighted Works.

37.  At no time did Defendant ever have any legal right or authority, express or implied, to engage in such conduct that would "blacklist" Plaintiff from the music industry.

38.  As a consequence of the foregoing conduct, Defendants have interfered with Plaintiff's business relationships.  Accordingly, Plaintiff has suffered, and will continue to suffer, substantial injury to his business and to his ownership rights in the Copyrighted Works and to his future business opportunities and livelihood as a musician.

## JURY DEMAND

39.  Plaintiff hereby demands a jury trial in this case.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.  That the Court enter a judgment against Defendants that they have willfully infringed Plaintiff's copyrights, including copyrights in all of the Copyrighted Works, and that Defendants' actions constitute unfair competition;

2.  For injunctive relief requiring that Defendants and Defendants' agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, cease infringing, whether directly or indirectly, and cease causing, enabling,

COMPLAINT

facilitating, encouraging, promoting, inducing, contributing to, and participating in the infringement of, any of Plaintiffs' respective copyrights or exclusive rights protected by the Copyright Act or common law, whether now in existence or hereafter created;

3. That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiff's Copyrighted Works or other infringing materials which are in Defendants' possession or under its control;

4. That the Court enter an order requiring a full and complete accounting of all amounts due and owing to Plaintiff as a result of Defendants' infringements and unfair business practices.

5. As to the First Cause of Action, for maximum statutory damages pursuant to 17 U.S.C. §504(c), specifically, $150,000 per work with respect to each and every work owned by Plaintiffs that was willfully infringed and $30,000 per work with respect to each and every other timely registered work owned by Plaintiffs that was infringed, if any.

6. As to First Cause of Action, as an alternative to statutory damages at Plaintiffs' election prior to final judgment, for an accounting of Defendants' profits attributable to the infringement to be provided by Defendants pursuant to 17 U.S.C. § 504(b), and for payment of such profits and Plaintiffs' actual damages suffered from infringement;

COMPLAINT

7.  As to the Second, Third, and Fourth Causes of Action, for compensatory damages and/or disgorgement and punitive damages in such amount as may be found or established at trial, arising from Defendants' willful and wanton violations of law;

8.  For prejudgment and post-judgment interest;

9.  That the Court order Defendants to pay Plaintiff both the costs of this action and the reasonable attorney's fees incurred by it in prosecuting this action pursuant to 17 U.S.C. § 504;

10.  That the Court grant to Plaintiff such other and additional relief as is just and proper.

Dated:  2-17-09

By: _____
ANDREW D. SITZER, SBN 239986
1231 East Dyer Rd #215
Santa Ana, CA  92705
Tel: (800) 420-8653
Attorney for Plaintiff

# EXHIBIT 1

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

PAu 1 756 139

PA          PAU

EFFECTIVE DATE OF REGISTRATION

AUG 22 1985

(Month)     (Day)     (Year)

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:

RED SEASON

NATURE OF THIS WORK: (See instructions)

WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Bruce E. Botts aka Adrian Weston

DATES OF BIRTH AND DEATH: Born 1954. Died ......

Was this author's contribution to the work a "work made for hire"? Yes ..... No X

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ............ or { Domiciled in ..................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .... No X
Pseudonymous?  Yes ... No X
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**2**

NAME OF AUTHOR: Gary D. Strater

DATES OF BIRTH AND DEATH: Born 1953. Died ......

Was this author's contribution to the work a "work made for hire"? Yes ..... No X

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ............ or { Domiciled in ..................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .... No X
Pseudonymous?  Yes ... No X
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**3**

NAME OF AUTHOR: George Harp

DATES OF BIRTH AND DEATH: Born 1949. Died ......

Was this author's contribution to the work a "work made for hire"? Yes .... No X

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ............ or { Domiciled in ..................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .... No X
Pseudonymous?  Yes ... No X
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Lyrics

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1985
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date ..................
(Month)  (Day)  (Year)

Nation ..................
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bruce E. Botts
1518 Maynard Street
Concord, CA 94519

George Harp and Gary Strater
Clareridge Hotel
634 - 15th Street
Oakland, CA 94612

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ... 2 ... pages

| | EXAMINED BY: | APPLICATION RECEIVED | |
|---|---|---|---|
| PAu 756 139 | CHECKED BY: | AUG. 22 1985 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG. 22 1985 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 662632 AUG 22 85 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes......... No .... X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ...................... Year of Registration ......

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
.........................................................................
.........................................................................
.........................................................................
.........................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
.........................................................................
.........................................................................
.........................................................................
.........................................................................

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ................................................

Account Number: .....................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Bruce E. Botts

Address: 1518 Maynard Street
         Concord,     CA       94519
         (City)       (State)   (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** # I, the undersigned, hereby certify that I am the: (Check one)
☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: .......................... (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _B. Bruce Botts_

Typed or printed name ...... Bruce E. Botts ...... Date .... 8/15/85

**⑧ Certification** (Application must be signed)

Bruce E. Botts
                    (Name)
1518 Maynard Street
      (Number, Street and Apartment Number)
Concord      CA       94519
  (City)     (State)   (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

# 17 U.S.C. §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| PAu 756 140 |
| PA         PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| AUG 22 1985 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK: MASTER MACHINE

NATURE OF THIS WORK: (See instructions) WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Bruce E. Botts, aka Adrian Weston
DATES OF BIRTH AND DEATH: Born 1954 Died ......... (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. (Name of Country) or Domiciled in ..... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No X  Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) Music

**2**
NAME OF AUTHOR: Gary D. Strater
DATES OF BIRTH AND DEATH: Born 1953 Died ......... (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. (Name of Country) or Domiciled in ..... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No X  Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) Music

**3**
NAME OF AUTHOR: George L. Harp
DATES OF BIRTH AND DEATH: Born 1949 Died ......... (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. (Name of Country) or Domiciled in ..... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No X  Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) Lyrics

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1984
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ..... (Month) (Day) (Year)
Nation ..... (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Bruce E. Botts
1518 Maynard Street
Concord, CA 94519

George Harp and Gary Strater
Clareridge Hotel
634 – 15th Street
Oakland, CA 94612

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

| DO NOT WRITE HERE |
| --- |
| Page 1 of ... pages |

| EXAMINED BY: *ℒ.ℳ.* | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: | AUG. 22 1985 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG. 22 1985 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 662691 AUG. 22 85 | |

PAu 756 140

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

⑤ Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes .......... No . X ......

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number ................. Year of Registration ..........

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

⑥ Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
.......................................................
.......................................................
.......................................................
.......................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
.......................................................
.......................................................
.......................................................
.......................................................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..............................................

Account Number: ..................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Bruce E. Botts

Address: 1518 Maynard Street
                                                    (Apt.)
Concord          CA          94519
(City)          (State)          (ZIP)

⑦ Fee and Correspondence

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☒ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of ......... (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..... *Bruce E. Botts* .....

Typed or printed name: ...... Bruce E. Botts ...... Date ...... 8/15/85

⑧ Certification (Application must be signed)

Bruce E. Botts
(Name)

1518 Maynard Street
(Number, Street and Apartment Number)

Concord          CA          94519
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑨ Address For Return of Certificate

★ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

REGISTRATION NUMBER

PAu 1 756 141

PA        PAU

EFFECTIVE DATE OF REGISTRATION

AUG 2 2 1985

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK:
BABYLON

NATURE OF THIS WORK: (See instructions)
WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Bruce E. Botts, aka Adrian Weston
DATES OF BIRTH AND DEATH: Born 1954 Died ....... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ..... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S. ........ or { Domiciled in ................
(Name of Country)        (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ..... No X
Pseudonymous? Yes ..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**2**
NAME OF AUTHOR: Gary D. Strater
DATES OF BIRTH AND DEATH: Born 1953 Died ....... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ..... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S. ........ or { Domiciled in ................
(Name of Country)        (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ..... No X
Pseudonymous? Yes ..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Lyrics

**3**
NAME OF AUTHOR: George L. Harp
DATES OF BIRTH AND DEATH: Born 1949 Died ....... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ..... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S. ........ or { Domiciled in ................
(Name of Country)        (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ..... No X
Pseudonymous? Yes ..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1985
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ................ (Month) (Day) (Year)
Nation ................ (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Bruce E. Botts           Gary Strater
1518 Maynard Street      George Harp
Concord, CA  94519       Clareridge Hotel
                         634 15th Street, Oakland, CA  94612

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of .. 2... pages

| EXAMINED BY: *C. Pen* | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: | AUG 22 1985 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG 22 1985 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 662691 AUG 22 85 | |

PAU 756 141

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ......... No ... X ..

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ....................... Year of Registration ..............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
.........................................................................................................
.........................................................................................................
.........................................................................................................
.........................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
.........................................................................................................
.........................................................................................................
.........................................................................................................

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....................................

Account Number: ....................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Bruce E. Botts ...........................................

Address: 1518 Maynard Street ........................... (Apt)

Concord ........................ CA ........... 94519 ...........
(City)              (State)              (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: ....................... (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Bruce E. Botts* ...........................................

Typed or printed name ... Bruce E. Botts ........................... Date ... 8/15/85

**⑧ Certification (Application must be signed)**

Bruce E. Botts ............................
                        (Name)
1518 Maynard Street ............................
(Number, Street and Apartment Number)
Concord, CA .............. 94519 ............
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| PA 756 142 | |
| PA | PAU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| AUG 22 1985 | | |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
ISLANDS

NATURE OF THIS WORK: (See Instructions)
WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Bruce E. Botts    aka Adrian Weston

Was this author's contribution to the work a "work made for hire"?    Yes....    No .X...

DATES OF BIRTH AND DEATH:
Born 1954    Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...U.S.............  } or { Domiciled in ...........................
(Name of Country)                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No X..
Pseudonymous?    Yes .....    No ...
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**2**

NAME OF AUTHOR: Gary D. Strater

Was this author's contribution to the work a "work made for hire"?    Yes .....    No. X..

DATES OF BIRTH AND DEATH:
Born 1953.    Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....U.S............  } or { Domiciled in ...........................
(Name of Country)                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No X..
Pseudonymous?    Yes .....    No X..
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**3**

NAME OF AUTHOR: George L. Harp

Was this author's contribution to the work a "work made for hire"?    Yes .....    No. X..

DATES OF BIRTH AND DEATH:
Born 1949.    Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...U.S.............  } or { Domiciled in ...........................
(Name of Country)                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes .....    No X..
Pseudonymous?    Yes .....    No X..
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Lyrics

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1984
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...................................
(Month)    (Day)    (Year)
Nation ...................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bruce E. Botts
1518 Maynard Street
Concord, CA  94519

George Harp and Gary Strater
Clareridge Hotel
634 - 15th Street
Oakland, CA  94612

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ....... pages

| EXAMINED BY: | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: | AUG. 22 1985 | **FOR COPYRIGHT OFFICE USE ONLY** |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG 22 1985 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: C62E32 AUG 22 85 | |

PAu 756·142

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON )**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No  X

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . Year of Registration . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:  Bruce E. Botts

Address:  1518 Maynard Street
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (Apt.)

Concord, CA          94519
(City)          (State)          (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)

☒ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of . . . . . . . . . . . . . . . . . . . . . . .
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  *Bruce Botts*

Typed or printed name . . . . . . . . . . Bruce E. Botts . . . . . . . . . . Date . . . 8/15/85 . . .

**⑧ Certification** (Application must be signed)

MAIL CERTIFICATE TO

Bruce E. Botts
(Name)

1518 Maynard Street
(Number, Street and Apartment Number)

Concord, CA          94519
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

● 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

PAu    756 143

PA    PAU

EFFECTIVE DATE OF REGISTRATION

AUG 2 2 1985
(Month)    (Day)    (Year)

*(signature)*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
CHILDREN BELIEVE

NATURE OF THIS WORK: (See instructions)
WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Bruce E. Botts aka Adrian Weston
Was this author's contribution to the work a "work made for hire"? Yes..... No .X.
DATES OF BIRTH AND DEATH: Born 1954... Died .......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ........... } or { Domiciled in ...................
(Name of Country)    (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No .X.
Pseudonymous? Yes ..... No .X.
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**2**
NAME OF AUTHOR: Gary Strater
Was this author's contribution to the work a "work made for hire"? Yes..... No .X.
DATES OF BIRTH AND DEATH: Born 1953... Died .......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ........... } or { Domiciled in ...................
(Name of Country)    (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No .X.
Pseudonymous? Yes ..... No .X.
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**3**
NAME OF AUTHOR: George L. Harp & Scott McKenzie (born 1961)
Was this author's contribution to the work a "work made for hire"? Yes..... No .X.
DATES OF BIRTH AND DEATH: Born 1949... Died .......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S. ........... } or { Domiciled in ...................
(Name of Country)    (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No .X.
Pseudonymous? Yes ..... No .X.
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Lyrics

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year .. 1985..
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...................
(Month)    (Day)    (Year)
Nation ...................
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bruce E. Botts
1518 Maynard Street
Concord, CA   94519

George Harp, Gary Strater, Scott McKenzie
Clareridge Hotel
634 15th Street
Oakland, CA  94612

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ......... pages

PAu  756 143

| EXAMINED BY: | APPLICATION RECEIVED |
|---|---|
| CHECKED BY: | AUG 22 1985 |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG 22 1985 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: C62E52  AUG 22 85 |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ......... No _X_.

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number ................... Year of Registration ...........

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
....................................................................
....................................................................
....................................................................
....................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
....................................................................
....................................................................
....................................................................
....................................................................

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....................................

Account Number: ....................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:  Bruce E. Botts

Address: 1518 Maynard Street ......................... (Apt.)

.......... Concord, CA .................. 94519
(City)            (State)              (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of ........................ (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) B. Bruce Botts ......................

Typed or printed name ......... Bruce E. Botts ............ Date  8/15/85

**⑧** Certification (Application must be signed)

Bruce E. Botts
(Name)
1518 Maynard Street
(Number, Street and Apartment Number)
Concord, CA              94519
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certifi...

• 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| PAu 756 144 |
| PA      PAu |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| AUG 2 2 1985 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
FACES OF CHANGE

NATURE OF THIS WORK: (See instructions)
WORDS AND MUSIC

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR: Bruce E. Botts, aka Adrian Weston
DATES OF BIRTH AND DEATH: Born 1954. Died ......... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X....
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. .......... or { Domiciled in .......... (Name of Country) (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No X
Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**2** NAME OF AUTHOR: Gary D. Strater
DATES OF BIRTH AND DEATH: Born 1953. Died ......... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X....
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. .......... or { Domiciled in .......... (Name of Country) (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No X
Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Music

**3** NAME OF AUTHOR: George L. Harp
DATES OF BIRTH AND DEATH: Born 1949. Died ......... (Year) (Year)
Was this author's contribution to the work a "work made for hire"? Yes ...... No X....
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S. .......... or { Domiciled in .......... (Name of Country) (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No X
Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached
AUTHOR OF: (Briefly describe nature of this author's contribution)
Lyrics

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1985
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bruce E. Botts
1518 Maynard Street
Concord, CA  94519

George Harp and Gary Strater
Clareridge Hotel
634 - 15th Street
Oakland, CA  94612

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 8*

| DO NOT WRITE HERE |
| --- |
| Page 1 of .... 2 ...... pages |

| EXAMINED BY: *CPR* | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: | AUG 22 1985 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG 22 1985 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 662692 AUG 22 85 | |

PAu  756 144

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON )**

**PREVIOUS REGISTRATION:**

**5** Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . X

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.

  ☐ This is the first application submitted by this author as copyright claimant.

  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . Year of Registration . . . . . . . . .

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

**6** Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| **DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.) | **CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) | **7** Fee and Correspondence |
|---|---|---|
| Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Name:  Bruce E. Botts | |
| | Address:  1518 Maynard Street . . . . . . . . . . . . (Apt.) | |
| Account Number: . . . . . . . . . . . . . . . . . . . . . . . . | Concord . . . . . CA . . . . 94519 . . . (City)         (State)           (ZIP) | |

**CERTIFICATION:** # I, the undersigned, hereby certify that I am the: (Check one)

**8** Certification (Application must be signed)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                                                                                 (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Bruce E Botts* . . . . . . . . . . . . . . . . . . . . . . . . . .

Typed or printed name . . . . . . . . Bruce E. Botts . . . . . . . . . . . . . . Date . . . . 8/15/85 . . .

| | **MAIL CERTIFICATE TO** | **9** Address For Return of Certificate |
|---|---|---|
| Bruce E. Botts (Name) 1518 Maynard Street (Number, Street and Apartment Number) Concord, CA  94519 (City)        (State)      (ZIP code) | (Certificate will be mailed in window envelope) | |

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**SR 406 – 115**

EFFECTIVE DATE OF REGISTRATION

3  27  07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
"Song of Times" (name of record), Starcastle (name of artist)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

**2**  **a**  **NAME OF AUTHOR ▼**
Starcastle Music Partners, an Illinois Partnership

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Recording, recording production and artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  **a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006
◀ Year  This information must be given in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 15    Year ▶ 2007
USA.  ◀ Nation

---

**4**  **a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Starcastle Music Partners, an Illinois Partnership, c/o 35 Taylor St., Champaign IL 61820-4020

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

**APPLICATION RECEIVED** MAR 27 2007

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 2 7 2007

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5–9) on the reverse side of this page.

DO NOT WRITE HERE

| EXAMINED BY | $\mathcal{MB}$ | FORM SR |
|---|---|---|
| CHECKED BY | | |

*Amended by C.O. Authority of Mark Rubel from phone call on 6/29/07.

| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This work was previously registered in unpublished form and now has been published for the first time.
**b.** ☑ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**     Starcastle Music Partners, an Illinois Partnership, c/o 35 Taylor St. Champaign IL 61820-4020

Area code and daytime telephone number   217.351.8155     Fax number
Email   info@starcastlemusic.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
~~check only one ▼~~
☑ author     ☐ owner of exclusive right(s)
☐ other copyright claimant     ☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mark Rubel, on behalf of Starcastle Music Partners, an Illinois Partnership     **Date** 3/19/07

Handwritten signature ▼
Mark Rubel , partner

| Certificate will be mailed in window envelope to this address | **Name** ▼ Starcastle Music Partners, an Illinois Partnership | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ c/o 35 Taylor St. | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/Zip** ▼ Champaign, IL 61820-4020 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| BRUCE BOTTS | THE KOMPANY.COM dba PROG ROCK RECORDS and dba MINDAWN; TRI POINT MEDIA, INC dba CAM-MARKETING and dba PROG ROCK RECORDS; and DOES 1 to 20, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Andrew D. Sitzer, Esq. Law Offices of Andrew D. Sitzer 1231 East Dyer Rd #215 Santa Ana, CA 92705 Tel: (800)420-8653 | Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Infringement (17 U.S.C. 101 et seq); Unfair Competition (15 U.S.C. 1125(a)(1)(A)); Unfair Competition (CA Bus & Prof Code 17200 et seq); Tortious Interference

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV09-195 MLG**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|
| | | CCD-JS44 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    [ ] A. Arise from the same or closely related transactions, happenings, or events; or

   [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

   [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

   [ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Ohio |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange, San Bernardino | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange, San Bernardino | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** *Andrew Sitzer*    Date 2-17-09

              Andrew D. Sitzer, Esq.

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRUCE BOTTS

                                              PLAINTIFF(S)

v.

THE KOMPANY.COM dba PROG ROCK RECORDS and dba
MINDAWN; TRI POINT MEDIA, INC dba CAM-MARKETING
and dba PROG ROCK RECORDS; and DOES 1 TO 20,
inclusive

                                              DEFENDANT(S).

CASE NUMBER

**SACV09-195 MLG**

**SUMMONS**

*FOR OFFICE USE ONLY*

TO:    DEFENDANT(S): THE KOMPANY.COM dba PROG ROCK RECORDS and dba MINDAWN; TRI POINT MEDIA, INC
dba CAM-MARKETING and dba PROG ROCK RECORDS; and DOES 1 to 20, inclusive

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Andrew D. Sitzer, Esq._____, whose address is _1231 East Dyer Rd #215, Santa Ana, CA  92705_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FOR OFFICE USE ONLY*

Clerk, U.S. District Court

Dated: _FEB 18 2009_____

By: _____DODJIE GARGANTOS__

Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*